No. 74–5644. LUCAS v. REGAN, CHAIRMAN, NEW YORK STATE DIVISION OF PAROLE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL dissents from denial of certiorari for reasons stated by Judge Oakes in the court below. 503 F. 2d 1, 5 (1974) (dissenting opinion).

No. 73–5677. SCHICK v. REED, CHAIRMAN, UNITED STATES BOARD OF PAROLE, ET AL., 419 U. S. 256;

No. 74–211. TOLLETT v. LAMAN ET AL., 419 U. S. 1088;

No. 74–225. MARSHALL ET AL. v. OHIO, 419 U. S. 1062;

No. 74–226. KENSINGER v. OHIO, 419 U. S. 1062;

No. 74–229. POMMERENING ET AL. v. UNITED STATES, 419 U. S. 1088;

No. 74–301. WASHBURN v. UNITED STATES, 419 U. S. 1106;

No. 74–502. SMART v. JONES ET AL., 419 U. S. 1090;

No. 74–5042. HALE v. UNITED STATES, 419 U. S. 999;

No. 74–5144. O'BRIEN v. CALIFORNIA, 419 U. S. 1111;

No. 74–5157. MEYERS v. VENABLE ET AL., 419 U. S. 1090;

No. 74–5457. AGUR v. WILSON, GOVERNOR OF NEW YORK, ET AL., 419 U. S. 1072;

No. 74–5477. PAQUETTE v. LAVALLEE, CORRECTIONAL SUPERINTENDENT, 419 U. S. 1073;

No. 74–5496. BARTLETT v. TOLEDO BAR ASSN., 419 U. S. 1073; and

No. 74–5595. RATCLIFF v. TEXAS ET AL., 419 U. S. 1103. Petitions for rehearing denied.

No. 74–245. HUTTER ET AL. v. CITY OF CHICAGO, 419 U. S. 870. Motion for leave to file petition for rehearing denied.